# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 889 MAL 2014
:
              Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.              :
:
:
:
BRANDON TREMAYNE PIERCE,    :
:
              Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.